Date: 5/4/2023           Civil No.: 2:23-cv-69-HSO-BWR    case#

JARED Andrus  Versus - Forrest county jail.

On ground of civil action or dissmissed of case.

I JARED Andrus.. am writting the circuit courts of Hattiesburg M.S.. In regards of how the kitchen is in some series vialations of failing to comply with the medical staff's order on double portions for underweight inmates like my self and for serving food that is days old and that taste like soap. The medical staff has told me that forrest county jail has theire own paid ~~dietit~~ diatishons from the out side for any of the medical staff help pertaining to food portions and nutritional needs for inmates. The food is also served cold 90% of the time. Several of the decent correctional officers and the trustees have ~~told~~ told me about these violations as well and nothing is being done. I have seen kitchen inmates washing pots outside with a hose were there are dead rat skeltens. I was on schudule for double portions from the medical staff for over 2 weeks before ever getting the correct amount of portion and nutritional needs from the kitchen staff. And now I am now getting black foam dead man trays instead of 2 full state trays. By due process my rights where violated. This should have been and/or should be grounds for a civil and/or fedilal suit, with dismissal of pending case. Sincerely submitted.

Jared Andrus